THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WALTER K. FREEMAN, Respondent.

*People v. Freeman*, 25 App. Div. 583, affirmed.
(Argued June 9, 1898; decided June 24, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered Feb-

ruary 15, 1898, reversing a judgment entered upon a verdict convicting the defendant of the crime of rape, and granting a new trial.

*Charles E. Le Barbier* for appellant.

*John R. Dos Passos* and *Edmund Francis Harding* for respondent.

Order of Appellate Division affirmed on opinion below.